# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER MODIFYING CONDITIONS** |
| | ) | **OF PROBATION AND ORDER** |
| vs. | ) | **FOR TRANSPORT** |
| | ) | |
| Jeremy Brian Rel, | ) | |
| | ) | Case No. 4:13-mj-123 |
| Defendant. | ) | |

On October 17, 2013, the court held an initial appearance on a petition for revocation of Defendant's probation. AUSA Brandi Sasse Russell appeared on the Government's behalf. AFPD Heather Mitchell appeared on Defendant's behalf.

At the hearing, all parties agreed to modifying Defendant's probation conditions to require Defendant to reside at a residential reentry center. Accordingly, the court **ORDERS** Defendant's probation conditions modified as follows:

> Defendant shall reside at a residential reentry center for up to 12 months as directed by the supervising probation officer. Defendant shall cooperate with all rules and regulations of the facility, participate in all recommended programming, and not withdraw from the facility without prior permission of the supervising probation officer. The supervising probation officer shall determine the length of any such placement. The court retains and exercises ultimate responsibility in this delegation of authority to the probation officer.

Defendant's existing conditions of probation remain in effect.

Further, the court **ORDERS** that Defendant shall remain in custody until a date on or after October 21, 2013, when the United States Marshal's Service can transport Defendant to the Lake Region Residential Reentry Center in Devils Lake, North Dakota.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court